

JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TYRIN J. WORLEY,<br><br>    Petitioner,<br><br>v.<br><br>STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. EDCV 08-1366-SVW (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition herein is DISMISSED without prejudice.

Dated: February 10, 2009



Stephen V. Wilson
United States District Judge